UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| G. DANIEL WALKER, | ) | 1:01-cv-6311 OWW LJO P |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| | ) | |
| v. | ) | |
| | ) | |
| M. YARBAROUGH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The last order in this case was filed July 11, 2003, after a March 7, 2002, order denying Plaintiff's response/motion for reconsideration.  The Court denied the motion for reconsideration finding it to be without merit.  The Plaintiff was given thirty (30) days from the date of service of the March 7, 2002, order to submit a completed in forma pauperis application and a copy of the certified trust account for the preceding six month period. Plaintiff has never complied with the order.  Thereafter, after repeated requests for extensions and delay the Magistrate Judge issued an order and addressed and denied the motion for stay or order requiring prison officials to provide access to legal material.  This order was filed July 11, 2003.

Plaintiff has never filed the necessary filing fee in this

1

action, having been denied in forma pauperis status.  Plaintiff never responded to the order to show cause why he should not be declared a vexatious litigant based on his thirteen (13) prior cases filed.  By order of March 28, 2003, Plaintiff was declared a vexatious litigant by Judge Coyle.

For these failures to comply with court orders and failure to pay the filing fee in this case or to otherwise complete the in forma pauperis application process this case is DISMISSED with prejudice.

SO ORDERED.

DATED:  March 8, 2006.

/s/ OLIVER W. WANGER
_____
Oliver W. Wanger
United States District Judge

walker v. yarbarough order