**FILED**

**JUDGMENT ENTERED**

_____**March 9, 2006**_____
**Date**
by _____**G. Lucas**_____
**Deputy Clerk**

**U.S. District Court**
**Eastern District of California**

\_\_**XX**\_\_\_\_ **FILE CLOSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

G. DANIEL WALKER,

**JUDGMENT IN A CIVIL ACTION**

vs.

CV-F-01-6311 OWW/LJO P

M. YARBAROUGH, et al.,

_____/

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED:  March 9, 2006

JACK L. WAGNER, Clerk

By:  /s/ GREG LUCAS
Deputy Clerk